# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE HUBBARD,<br><br>        Plaintiff,<br><br>   v.<br><br>DONNY YOUNGBLOOD, et al.,<br><br>        Defendants. | Case No. 1:19-cv-01346-LJO-EPG (PC)<br><br>ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE<br><br>(ECF NO. 7) |

Zane Hubbard ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action.

On November 18, 2019, the Court issued an order denying Plaintiff's application to proceed in forma pauperis, ordering Plaintiff to pay the $400.00 filing fee in full within thirty days if he wanted to proceed with this action, and warning Plaintiff that "[f]ailure to pay the filing fee within thirty days from the date of service of this order will result in the dismissal of this action." (ECF No. 7, p. 2).

The thirty-day period has expired and Plaintiff has failed to pay the $400 filing fee. Accordingly, IT IS ORDERED that this case is DISMISSED without prejudice.

IT IS SO ORDERED.

   Dated:   **January 4, 2020**          **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES CHIEF DISTRICT JUDGE